# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2017

155994

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

*In re* WILLIAMS, Minors.

SC: 155994
COA: 335932
Macomb CC Family Div:
  2012-000291-NA
  2012-000292-NA

_____/

On order of the Court, the application for leave to appeal the June 8, 2017 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address whether the respondent-father was entitled, under the Michigan Indian Family Preservation Act, MCL 712B.1 *et seq*., to withdraw his consent to the termination of his parental rights for the purpose of adoption at any time before entry of a final order of adoption. MCL 712B.13(3). The time allowed for oral argument shall be 20 minutes for each side. MCR 7.314(B)(1).

The Sault Ste. Marie Tribe of Chippewa Indians, Inter-Tribal Council of Michigan, Inc., United Tribes of Michigan, National Indian Child Welfare Association, Indigenous Law & Policy Center of the Michigan State University College of Law, and the Children's Law, Family Law, and American Indian Law Sections of the State Bar of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



t0920

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2017



Clerk